26cr154 JWB/DLM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 922(a)(8) |
| v. | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | 21 U.S.C. § 841(a)(1) |
| DARNELL HAWKINS MAPP, JR., | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | 21 U.S.C. § 853 |
| Defendant. | ) | 28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Possession with Intent to Distribute Fentanyl)

On or about September 4, 2025, in the State and District of Minnesota, the defendant,

**DARNELL HAWKINS MAPP, JR.,**

did unlawfully, knowingly, and intentionally possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (commonly called "fentanyl"), a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

SCANNED
SEP 0 2 2026
U.S. DISTRICT COURT MPLS

**COUNT 2**
(Felon in Possession of a Firearm – Kingfisher Residence)

On or about September 4, 2025, in the State and District of Minnesota, the defendant,

**DARNELL HAWKINS MAPP, JR.,**

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, namely:

| Offense | Place of Conviction | Date of Conviction (on or about) |
|---|---|---|
| Felon in Possession | Hennepin County, MN | 62-CR-13-5180 January 2015 |
| Fleeing a Peace Officer in a Motor Vehicle | Ramsey County, MN | 62-CR-15-1071 May 2015 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Ruger P89 semi-automatic pistol bearing serial number 315-99906, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**COUNT 3**
(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)

On or about September 4, 2025, in the State and District of Minnesota, the defendant,

**DARNELL HAWKINS MAPP, JR.,**

did knowingly possess a firearm, that is, a Ruger P89 semi-automatic pistol bearing serial number 315-99906, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute fentanyl, as alleged in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

**COUNT 4**
(Felon in Possession of a Firearm – Westminster Residence)

On or about September 4, 2025, in the State and District of Minnesota, the defendant,

**DARNELL HAWKINS MAPP, JR.,**

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, namely:

| Offense | Place of Conviction | Date of Conviction (on or about) |
| --- | --- | --- |
| Felon in Possession | Hennepin County, MN | 62-CR-13-5180<br>January 2015 |
| Fleeing a Peace Officer in a Motor Vehicle | Ramsey County, MN | 62-CR-15-1071<br>May 2015 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, firearms, that is a Smith & Wesson semi-automatic pistol bearing serial number LFE5821, in violation of Title 18,

United States Code, Sections 922(g)(1).

## FORFEITURE ALLEGATIONS

Counts 1 through 4 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures.

If convicted of Count 1, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation. The property subject to forfeiture includes, but is not limited to the following items seized on September 4, 2025:

1. a Ruger P89 semi-automatic pistol bearing serial number 315-99906;
2. all accessories and ammunition seized therewith; and
3. $ 15,000 in U.S. Currency seized from Defendant Darnell Mapp's residence.

If convicted of Counts 2 or 3, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms, accessories, or ammunition involved in or used in the commission of the violation, including but not limited to:

1. a Ruger P89 semi-automatic pistol bearing serial number 315-99906; and
2. all accessories and ammunition seized therewith.

If convicted of Count 4, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms, accessories, or ammunition involved in or used in the commission of the violation, including but not limited to:

1. a Smith & Wesson semi-automatic pistol bearing serial number LFE5821; and
2. all accessories and ammunition seized therewith.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

________________________________
UNITED STATES ATTORNEY

________________________________
FOREPERSON